**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SEAN MERMER,                ) NO. CV 16-932-VAP(E)
                            )
     Petitioner,           )
                            )
  v.                        )         JUDGMENT
                            )
NEIL McDOWELL,              )
                            )
     Respondent.           )
                            )
_____ )

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 21, 2016.

_____
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE